# EXHIBIT B

## IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division: PATRICK CLIFFORD | Case Number: 11SL-AC39694 |
| Plaintiff/Petitioner: JOHNNY O'CONNOR vs. | Plaintiff's/Petitioner's Attorney/Address or Pro Se's Address/Telephone Number: JAMES WINDSOR EASON 1141 SOUTH 7TH STREET ST. LOUIS, MO 63104 (314) 304-9444 |
| Defendant/Respondent: CREDIT PROTECTION ASSC LP DBA: CPA | Date, Time and Location of Court Appearance: 08-DEC-2011 09:00 AM DIVISION 39H ST LOUIS COUNTY COURT BUILDING 7900 CARONDELET AVE CLAYTON, MO 63105 |
| Nature of Suit: AC Other Tort | (Date File Stamp) |

### Summons for Personal Service Outside the State of Missouri
(Associate Division Cases)

The State of Missouri to: CREDIT PROTECTION ASSC LP
Alias:
DBA: CPA
PRES: NATHAN A LEVINE
13355 NOEL RD
DALLAS, TX 75240

This document was delivered to you on the 22 day of Nov 20 11
By: K. French

COURT SEAL OF
ST. LOUIS COUNTY

You are summoned to appear before this Circuit Court, Associate Division on the date, time and location above, to answer the allegation in the petition filed by the above-named Plaintiff/Petitioner, a copy of which is attached. If you fail to appear at the time and place stated in this summons, judgment by default will be taken against you for the relief demanded in the petition. If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of scheduled hearing.

11-8-2011
Date                                          Clerk

Further Information:
DE

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by: (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person of the Defendant's/Respondent's family over the age of 15 years.
   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   ☐ other (describe) _____

Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____                    _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server

Subscribed and Sworn to before me this _____ (date).
I am: (check one)  ☐ the clerk of the court of which affiant is an officer.
                   ☐ the judge of the court of which affiant is an officer.
                   ☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
                   ☐ authorized to administer oaths. (use for court-appointed server)

(Seal)
                                          Signature and Title

| Summons Fees, if applicable | |
|---|---|
| Summons | $ _____ |
| Non Est | $ _____ |
| Mileage | $ _____ ( _____ miles @ $ _____ per mile) |
| Total | $ _____ |

See the following page for directions to clerk and to officer making return on service of summons.